# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gorsuch, Neil M. | Tenth Circuit Court of Appeals | 8/13/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 1/1/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

Byron White Courthouse
1823 Stout Street
Denver, CO 80257

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Walden Group LLC (mountain property) |
| 2. | Executive Committee, Board of Directors | Federal Judges Association |
| 3. | Adjunct Professor | University of Colorado Law School |
| 4. | Member, Board of Directors | Boulder Country Day School |
| 5. | Member | Colorado Chief Justice's Commission on the Legal Profession |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2011 | University of Colorado Law School - teaching agreement for school year. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 8/13/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Princeton University Press - book royalties | $175.30 |
| 2. 2011 | University of Colorado Law School - teaching | $19,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | 4/12/11-4/14/11 | Washington, DC | meeting | Transportation, meals, hotel |
| 2. | University of Texas Law School | 3/31/11-4/2/11 | Austin, TX | educational conference | Transportation, meals, hotel |
| 3. | University of Notre Dame Law School | 9/8/11-9/10/11 | South Bend, IN | conference | Transportation, meals, hotel |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 8/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. USAA Brokerage Acct: | | | | | | | | | |
| 2. - Money Market, Tax Exempt | A | Int./Div. | K | T | | | | | |
| 3. - Aggressive Growth Fund | | | | | Sold | 05/16/11 | M | C | |
| 4. - Long Term Tax Ex Bond Fund | D | Int./Div. | M | T | | | | | |
| 5. - Capital Growth Fund | | | | | Sold | 05/16/11 | M | | |
| 6. - High Yield Bond Fund | D | Int./Div. | M | T | | | | | |
| 7. - Int'l Fund | C | Int./Div. | M | T | Buy (add'l) | 05/16/11 | M | | |
| 8. - S&P Fund | C | Int./Div. | M | T | Buy (add'l) | 05/16/11 | M | | |
| 9. - Value Fund | B | Int./Div. | M | T | | | | | |
| 10. - Interm Tax Ex Bond Fund | D | Int./Div. | N | T | | | | | |
| 11. - Small Cap Fund | A | Int./Div. | M | T | | | | | |
| 12. - Short Term Tax Ex Bond Fund | C | Int./Div. | M | T | | | | | |
| 13. Walden Group LLC | | None | N | W | | | | | |
| 14. 529 Plans - VA Educ Savings Trust (Age Based) | | None | N | T | | | | | |
| 15. 529 Plans - College Invest Savings Plan (Age Based) | | None | L | T | | | | | |
| 16. ☐ 403B Plan - TIAA CREF | A | Int./Div. | J | T | | | | | |
| 17. Senate Credit Union checking | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 8/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. USAA IRA Acct: | | | | | | | | | |
| 19. -Target Retirement 2030 Fund | D | Int./Div. | N | T | Buy | 03/23/11 | N | | |
| 20. - GNMA Trust | A | Int./Div. | | | Sold | 03/23/11 | K | B | |
| 21. - Money Market Fund | A | Int./Div. | | | Sold | 03/23/11 | J | | |
| 22. - High Yield Fund | A | Int./Div. | | | Sold | 03/23/11 | K | A | |
| 23. - Total Return Fund | A | Int./Div. | | | Sold | 03/23/11 | K | | |
| 24. - Aggressive Growth Fund | A | Int./Div. | | | Sold | 03/23/11 | L | | |
| 25. - Emerging Markets Fund | A | Int./Div. | | | Sold | 03/23/11 | K | A | |
| 26. - World Growth Fund | A | Int./Div. | | | Sold | 03/23/11 | K | | |
| 27. - Income Fund | A | Int./Div. | | | Sold | 03/23/11 | K | B | |
| 28. - Income Stock Fund | A | Int./Div. | | | Sold | 03/23/11 | K | | |
| 29. - International Fund | A | Int./Div. | | | Sold | 03/23/11 | L | | |
| 30. - Precious Metals and Minerals Fund | C | Int./Div. | | | Sold | 03/23/11 | K | D | |
| 31. - Small Cap Stock Fund | A | Int./Div. | | | Sold | 03/23/11 | L | | |
| 32. USAA IRA Acct: | | | | | | | | | |
| 33. -Target Retirement 2030 Fund | B | Int./Div. | K | T | Buy | 03/30/11 | K | | |
| 34. - Money Market Fund | A | Int./Div. | | | Sold | 03/30/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 8/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Growth & Income Fund | A | Int./Div. | | | Sold | 03/30/11 | J | | |
| 36. - Aggresive Growth Fund | A | Int./Div. | | | Sold | 03/30/11 | J | A | |
| 37. - High Yield Fund | A | Int./Div. | | | Sold | 03/30/11 | J | A | |
| 38. - Total Return Fund | A | Int./Div. | | | Sold | 03/30/11 | J | | |
| 39. - World Growth Fund | A | Int./Div. | | | Sold | 03/30/11 | J | A | |
| 40. USAA SEP IRA Acct: | | | | | | | | | |
| 41. - Money Market | A | Int./Div. | J | T | | | | | |
| 42. - Precious Metals & Minerals Fund | A | Int./Div. | J | T | | | | | |
| 43. - Global Oppty Fund | A | Int./Div. | L | T | | | | | |
| 44. - Short Term Bond Fund | A | Int./Div. | J | T | Sold (part) | 05/23/11 | K | A | |
| 45. -Income Fund | A | Int./Div. | J | T | Buy | 05/23/11 | J | | |
| 46. - Intermediate Bond Fund | A | Int./Div. | J | T | Buy | 05/23/11 | J | | |
| 47. USAA CD Acct: | | | | | | | | | |
| 48. - CDs | D | Int./Div. | N | T | Matured (part) | 02/28/11 | M | | |
| 49. | | | | | Matured (part) | 08/31/11 | M | | |
| 50. | | | | | Matured (part) | 10/13/11 | L | | |
| 51. | | | | | Buy | 03/23/11 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 8/13/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy | 09/07/11 | L | | |
| 53. | | | | | Buy | 11/30/11 | L | | |
| 54. - Money Market | A | Int./Div. | J | T | Buy | 02/28/11 | J | | |
| 55. USAA P.I. Mgmt Acct: | | | | | | | | | |
| 56. - Money Market, Tax Ex Fund | A | Int./Div. | K | T | | | | | |
| 57. - Adams & Weld Cts School Muni Bond 12/1/24 | B | Interest | K | T | | | | | |
| 58. - Adams 12 Muni Bond 12/15/14 | B | Interest | K | T | | | | | |
| 59. - Aurora Wtr Rev Muni Bond 8/1/22 | B | Interest | K | T | | | | | |
| 60. - Boulder Sch Dist 2 Muni Bond 12/1/15 | A | Interest | K | T | | | | | |
| 61. - Colo Sch Mines Muni Bond 12/1/13 | A | Interest | K | T | | | | | |
| 62. - Colo St Brd Gov Unv Entr Sys Muni Bond 3/1/16 | B | Interest | K | T | | | | | |
| 63. - Colo Springs Col Util Muni Bond 11/15/20 | B | Interest | K | T | | | | | |
| 64. - Colo Springs Col Utl Muni Bond 11/15/26 | B | Interest | K | T | Buy | 01/25/11 | K | | |
| 65. - Colo Wtr Res & Pwr Muni Bond 8/1/24 | B | Interest | K | T | | | | | |
| 66. - Denver Cnty Sch Muni Bond 12/1/12 | B | Interest | K | T | | | | | |
| 67. - Denver Exc Tax Rev Muni Bond 9/1/18 | B | Interest | K | T | | | | | |
| 68. - Eagle Garfield Routt Muni Bond 12/1/23 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 8/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - El Paso Sch Dist Muni Bond 12/1/12 | B | Interest | K | T | | | | | |
| 70. - Left Hand Wtr Muni Bond 5/15/13 | B | Interest | K | T | | | | | |
| 71. - Mesa College Muni Bond 5/15/23 | B | Interest | K | T | | | | | |
| 72. - Pueblo Sch Dist Muni Bond 12/15/11 | B | Interest | | | Matured | 12/15/11 | K | | |
| 73. - Pueblo Cnty Sch Dist Muni Bond 12/15/21 | B | Interest | K | T | | | | | |
| 74. - S Migel & Montrose Muni Bond 12/1/17 | B | Interest | K | T | | | | | |
| 75. - Teller Sch Dist Muni Bond 12/1/20 | B | Interest | K | T | | | | | |
| 76. - Univ Colo Ent Sys Muni Bond 6/1/14 | A | Interest | K | T | | | | | |
| 77. -Univ Colo Ent Sys Muni Bond 6/1/25 | | | K | T | Buy | 12/02/11 | K | | |
| 78. - Weld Sch Dist Muni Bond 12/1/19 | B | Interest | K | T | | | | | |
| 79. - Westminster Sls and Use Muni Bond 12/1/15 | B | Interest | L | T | | | | | |
| 80. - Short Term Tax Ex Bond Fund | B | Int./Div. | K | T | Buy (add'l) | 03/02/11 | J | | |
| 81. | | | | | Buy (add'l) | 06/06/11 | J | | |
| 82. | | | | | Buy (add'l) | 07/05/11 | J | | |
| 83. | | | | | Buy (add'l) | 11/18/11 | J | | |
| 84. | | | | | Sold (part) | 01/25/11 | K | | |
| 85. | | | | | Sold (part) | 12/05/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 8/13/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

This amended report includes pertinent gain information recently provided by USAA for mutual funds in my IRA (Part VII, lines 20-31), SEP-IRA (Part VII, line 44), and _____ IRA (Part VII, lines 34-39) accounts.

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 8/13/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Neil M. Gorsuch**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544